**Patricia YARBROUGH, Plaintiff–Appellant,**

v.

**LIFETOUCH NATIONAL SCHOOL STUDIOS, Employer; Now Care, Defendants–Appellees.**

No. 02–1689.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 20, 2002.

Patricia Yarbrough, Appellant Pro Se. Robert William McFarland, Steven Roy Zahn, McGuirewoods, L.L.P., Norfolk, Virginia; Roy Barrow Blackwell, Mary Elizabeth Anderson, Brian Owen Dolan, Kaufman & Canoles, Norfolk, Virginia, for Appellees.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM:

Patricia Yarbrough appeals the district court's judgment granting the Appellees'

motions to dismiss. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Yarbrough v. Lifetouch National,* No. CA–01–1539 (E.D.Va. May 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*